Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,

PRINCIPAL

COURT FILE COPY

Kenneth – Wayne: Leaming.
c/o Farson Dwelling
517 N 137th Street
Seattle
Washington
(non-domestic)

JUN 12 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

# district court of the United States
# Western Washington
Union Constitution, Article III

No. 23-cv-888-JCC

# PETITION FOR REDRESS OF GRIEVANCES IN THE NATURE OF CLAIM(S) FOR JUDICIAL REVIEW OF [ER 902] COMMON-LAW (Administrative) RECORD /JUDGMENT (SUPERIOR COURT CLERK, Carroll county Georgia, Book 6150, Page 121-183), SUBJECT TO THE FULL FAITH & CREDIT CLAUSE OF THE UNION CONSTITUTION, AND FOR DECLARATORY, INJUNCTIVE, AND OTHER APPROPRIATE RELIEF

**Kenneth – Wayne: Leaming.**
*and others similarly situated*
c/o Farson Dwelling
517 N 137 Street
Seattle
Washington
(non-domestic)

CLAIMANT /"PLAINTIFF"

-V-

aka: **Krishnan "Krish" Srinivasan** (full name unknown);
aka: Suzanne Monford (full name unknown);
Jai San Miguel,
and all **(90,000)** unknown owners and Board Members, et ux.,
dba: PCC Community Markets
c/o 3131 Elliott Avenue
Suite 500
Seattle
Washington

RESPONDENT(S) /**"DEFENDANTS"**

***Value: (est)** 25,370,000,000.00 in American Gold Eagles (10.00 face value), in Punitive Damages [Exchange rate for Federal Reserve Notes = (approx.) 5,327,700,000,000.00]*

## VERIFICATION:

State of Creation )
) ss.
House of Leaming )

Kenneth – Wayne: Leaming, herein "PLAINTIFF", being subject to penalty for bearing false witness, Law of Yehevehe – Elohim [ER 603], affirms "PLAINTIFF" is of age of majority, competent to be a witness, and having firsthand knowledge, States and Declares:

(1) "PLAINTIFF" comes in good faith, peace and honor, and for curing any defects along the way; and,

(2) The ER 902 self-Authenticating Administrative /Common-Law Record (judgment) is attached hereto as EXHIBIT "A" and incorporated herein by reference as if fully reproduced here, and evidencing fulfillment of the requisite often stated by Judge John C. Cougenhour (ret) for stating a claim upon which relief can be granted; and,

(3) "PLAINTIFF" hereby requests and directs the court to take ER 201 Mandatory Notice of the attached Record and each Uncontroverted FACT appearing therein; and,

(4) "PLAINTIFF" affirms that at no time did any RESPONDENT /"DEFENDANT" respond and put anything, evidence or otherwise, into the Record; and,

(5) "PLAINTIFF" requests and directs the court to review the record consistent with Administrative Procedure Act(s), Act of June 11, 1946, ch. 324, 60 Stat. 237 and affirmed for the Territorial municipal corporation (WSL 1889, c 11) through enactment of WSL 1988 c 288 for the territorial municipal corporation "State of Washington" (enacting the principles of Common-Law dispute resolution into Positive Law for the several district of Columbia municipal corporations commonly called UNITED STATES FEDERAL GOVERNMENT; and,

(6) "PLAINTIFF" requests and directs that as the court reviews the Record it take MANDATORY NOTICE [ER 201] of the following: Act of June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284 as amended; R.S. § 1979 as amended; R.S. 1981;

## STANDING & CAPACITY:

(7) VICTIM /"PLAINTIFF" is a living, breathing, tangible, Man of Self Determination (as recognized by the Laws of Nations) who has exhausted 'Administrative Remedies' consistent with Administrative Procedure Act(s), Act of June 11, 1946, ch. 324, 60 Stat. 237 and affirmed

for the Territorial municipal corporation (WSL 1889, c 11) through enactment of WSL 1988 c 288 for "State of Washington" (enacting the principles of Common-Law dispute resolution into Positive Law for the several district of Columbia municipal corporations commonly called UNITED STATES FEDERAL GOVERNMENT; and,

(8) Respondent(s) /"DEFENDANT(s) are Living, Tangible, People who have accepted Office /employment and /or ownership interest under the UNITED STATES FEDERAL GOVERNMENT through its subdivision instrumentality/agency, dba: PCC Community Markets; and,

## DECLARATORY RELIEF

(9) RESPONDENT(s) /"DEFENDANT(s)" failed to Serve any responsive process upon JUDGMENT CREDITOR, much less responsive process containing Evidence in Controversy to any or all AGREED FACTS appearing by Testimony Evidence in the "VERIFIED CLAIM ..."; and,

(10) "PLAINTIFF" requests and directs the court to Review the Administrative /Common-Law Record (EXHIBIT "A"), and for each FACT Evidenced by Testimony or otherwise, scour the Administrative /Common-Law Record and DECLARE whether or not there is any Evidence in Controversy; and,

## INJUNCTIVE RELIEF

(11) Wherefore it APPEARS that, as a matter of Law, RESPONDENT(s) /"DEFENDANT(s)" Agree and Affirm by Tacit Procuration and Nihil Decit all UNCONTROVERTED /AGREED FACTS appearing in the Record:

(12) *As to the DECLARED, UNCONTROVERTED, FACT(s), Paragraph(s) 9, 11, and 12, of the Administrative /Common-Law Record that there are NO EXCEPTIONS, Express or Implied, to the 2nd Amendment, **'DEFENDANT(s)' are ENJOINED** from expressing verbally and /or by signage or 'policy' ANY infringement on the RIGHT to Keep and BEAR Arms, whether lethal or non-lethal, whether concealed or open while shopping at "PCC Community Markets";

(*NOTE: *the INJUNCTION does not prohibit dba: PCC Community Markets from asking a Judicial Court of The People of The State of Washington (1878) from making it a condition of Sentence, after Conviction through Trial by Jury of a Crime in the nature of Recklessly Endangering dba: PCC Community Markets customers and /or staff by recklessly misusing /abusing Arm(s) from entry to 'PCC Community Markets', whether or not armed, for a period of up to seven (7) years.*)

(13) All Rights Reserved; and,

(14) Further Declarant says not at this time.

Given this day, 9 June 2023,

Kenneth – Wayne: Leaming.
Declarant, "PLAINTIFF".

EXHIBIT "A"

# State of Georgia

COUNTY OF CARROLL
OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

Certification Date: 06/07/23 Book Reference:

Authentication Code: G8M2Q-BTYSU-QR47 Number of Pages: 63

I, Alan J. Lee, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law.

Witness my hand and official seal of this office on the date written.

SUPERIOR COURT CARROLL COUNTY GEORGIA

Official Seal of Clerk

Alan J. Lee, Clerk

Catherine Huckeba
Prepared by:

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/G8M2Q-BTYSU-QR47

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions

AUTHENTICATION CODE LISTED ON THE TOP OF EACH CERTIFIED PAGE

MAIL
FILED LODGED RECEIVED
JUN 12 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

Kenneth – Wayne: Leaming.
c/o 116 – 812 Stewart Street
Seattle
Washington
(non-domestic)

RECORDED 03/29/2023 2:27 PM Recpt:[illegible]
MISCELLANEOUS
DEED BOOK 6150 PAGES 121 - 183 Doc #2023047972
FILING FEES: $25.00
Alan J. Lee, Superior Court Clerk, Carroll County, GA

CLERK SUPERIOR COURT CARROLL COUNTY GEORGIA
2023 MAR 29 PM 2:27
FILED GA. CARROLL COUNTY CLERK SUPERIOR COURT

(Carroll County Superior Court Clerk, Records Office)

**JUDGMENT BY CONSENT**
**VERIFIED COMMON-LAW (Administrative) JUDGMENT**

**Kenneth – Wayne: Leaming.**
*and others similarly situated*
c/o 116 – 812 Stewart Street
Seattle
Washington

JUDGMENT CREDITOR /Grantee

-V-

**aka: Krishnan "Krish" Srinivasan (full name unknown);**
**aka: Suzanne Monford (full name unknown);**
**Jai San Miguel,**
**and all unknown owners and Board Members, et ux.,**
**dba: PCC Community Markets**
c/o 3101 Elliott Avenue
Suite 500
Seattle
Washington

JUDGMENT DEBTORS(s) /Grantor(s)

**Land /Property:** All of Yehevehe's Creation, inclusive of Earth, inclusive of North America, inclusive of Georgia, and inclusive of Carroll County

**JUDGMENT Value:** 28,370,000,000.00 in American Gold Eagles (10.00 face value), in Punitive Damages *[Exchange rate for Federal Reserve Notes = (approx.) 5,327,700,000,000.00]*

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 2 of 63

Yeheveho – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL.

State of Creation )
) ss.
House of Leaming )

Kenneth – Wayne: Leaming, herein JUDGMENT CREDITOR, being subject to penalty for bearing false witness, Law of Yeheveho – Elohim [ER 603], affirms JUDGMENT CREDITOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

On December 19, 2022, JUDGMENT DEBTOR(s) Received SERVICE of a VERIFIED NOTICE OF FAULT – OPPORTUNITY TO CURE ... referenced herein as appears in Official [ER 902] Records of the United States Post Office:

Tracking Number: Remove

9407137903275503025901

Copy Add to Informed Delivery

Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:40 pm on February 1, 2023 in SEATTLE, WA 98104.

Get More Out of USPS Tracking:

USPS Tracking Plus

Delivered
Delivered, Front Desk/Reception/Mail Room
SEATTLE, WA 98104
February 1, 2023, 3:40 pm

See All Tracking History

JUDGMENT DEBTOR(s) failed to Serve any responsive process upon JUDGMENT CREDITOR, much less responsive process containing Evidence in Controversy to any or all AGREED FACTS appearing by Testimony Evidence in the "VERIFIED CLAIM ..."; and,

Wherefore it APPEARS that, as a matter of law, **JUDGMENT DEBTOR(s) Agree and Affirm** by Tacit Procuration and Nihil Decit all AGREED FACTS appearing herein:

PCC-Claims-03JUDGMENT.docx
Page 2 of 8
Kenneth – Wayne: Leaming., et al.
JUDGMENT CREDITOR(s), Declarant

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 3 of 63

Yeheveho – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL.

## MANDATORY NOTICE [ER 201]:

Failure to CONTROVERT any or all AGREED FACTS is accepted as your AFFIRMATION of any AGREED FACT that is Not Controverted by EVIDENCE, based on the Doctrines of Nihil Decit and Tacit Procuration:

**BOUVIER'S LAW DICTIONARY**, 1856:

*NIHIL DICIT. He says nothing. It is the failing of the defendant to put in a plea or answer to the plaintiff's declaration by the day assigned; and in this case judgment is given against the defendant of course, as he says nothing why it should not. Vide 15 Vin. Ab. 556; Dane's Ab. Index, h. t.*

*TACIT. That which, although not expressed, is understood from the nature of the thing, or from the provision of the law; implied.*

*PROCURATION, civil law. The act by which one person gives power to another to act in his place, as he could do himself. A letter of attorney.*
*2. Procurations are either express or implied; an express procuration is one made by the express consent of the parties; the implied or tacit takes place when an individual sees another managing his affairs, and does not interfere to prevent it. Dig. 17, 1, 6, 2; Id. 50, 17, 60; Code 7, 32, 2.*
*3. Procurations are also divided into those which contain absolute power, or a general authority, and those which give only a limited power. Dig. 3, 3, 58; Id. 17, 1, 60, 4 4. The procurations are ended in three ways first, by the revocation of the authority; secondly, by the death of one of the parties; thirdly, by the renunciation of the mandatory, when it is made in proper time and place, and it can be done without injury to the person who gave it. Inst. 3, 27 Dig. 17, 1; Code 4, 35; and see Authority; Letter of Attorney; Mandate*

**Public MINISTER:**

*MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.*
*2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;*

PCC-Claims-03JUDGMENT.docx
Page 3 of 8
Kenneth – Wayne: Leaming., et al.
JUDGMENT CREDITOR(s), Declarant

*SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.*

1. It is a AGREED FACT that JUDGMENT CREDITOR acted in Good Faith, Peace and Honor, and for curing any defects along the way;

NOTE: *No party(s) to the Process has asserted any allegation of any defect in substance or procedure*; and,

**AGREED JUDGMENT PREMISES:**

2. It is a AGREED FACT that JUDGMENT CREDITOR is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

3. It is a AGREED FACT that JUDGMENT CREDITOR, also being a Public MINISTER, brings these CLAIM(s) both in his Private capacity as a tangible, living Man as to the tangible, living People -and- as Public MINISTER bringing CLAIM(s) for, and on behalf of The State of Washington, 1878, as to the artificial corporate entity PCC Community Markets consistent with the Premises set forth in PENHALLOW V. DOANE'S ADMINISTRATORS, 3 U.S. 54; and,

4. It is a AGREED FACT that JUDGMENT DEBTOR(s) are a corporate subject operating under License to "State of Washington", WSL 1889, ch. 11, a Territorial Municipal Corporation as its Licensed Agent, along with the 'UNITED STATES FEDERAL GOVERNMENT',

a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and as such SUBJECT to Acts of Congress inclusive of June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, §103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100-690, title VII, §7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI, §60006(a), title XXXII, §§320103(a), 320201(a), title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI, §§604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW and CONSPIRACY AGAINST RIGHTS establishing a Punitive Damages penalty of 250,000.00 per violator, per count, the Constitution for the union of the several united States of America, 1789 – 1791 (Union Constitution), mandates at Article I, sec. 10, that a tender in discharge of the debt be in Gold /Silver coin, for the purposes of the instant claim such damages are hereby Denominated in (pre 1933) American Gold Eagles at face value (10.00); and,

5. It is a AGREED FACT that JUDGMENT CREDITOR brought the instant CLAIMS in Good Faith reliance on the AGREED FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 4 July 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s), 60 Stat. 237 as amended, and WSL 1959 CHAPTER 234 as amended, Territorial Legislative Act(s) affirming the Congressional enactment(s), inclusive of the APA Clause providing that any review of a AGREED FACTual Record established through APA /COMMON-LAW Procedures is LIMITED

to the AGREED FACTS appearing in said Record; and,

6. It is a AGREED FACT that any authority reviewing a Record established by and through ADMINISTRATIVE /Common-law procedure(s) cannot review ANY FACT (or *PROCEDURE*) not appearing in the APA /Common-Law Record; and,

7. It is a AGREED FACT that The Administrative Procedure Act(s) are the Legislative enactment of COMMON-LAW; and,

8. It is a AGREED FACT that As a Licensee (AGENT) of "State of Washington", JUDGMENT DEBTOR(s) are Subject to and bound by the terms and conditions of the Union Constitution, inclusive of the Bill of Rights; and,

9. It is a AGREED FACT that "State of Washington" by and through its Attorney General, and the UNITED STATES FEDERAL GOVERNMENT by and through its Attorney General have Agreed and Affirmed the AGREED FACT, by stipulated COMMON-LAW, Administrative JUDGMENT as PUBLISHED in the Record of Carroll County, Georgia, SUPERIOR COURT CLERK /Recorder Book 6129 Page 188, that there are NO EXCEPTIONS TO THE 2ND AMENDMENT (EXHIBIT Attached); and,

AGREED FACTS

10. It is a AGREED FACT that on 10 December, 2022, aka: Jai San Miguel a tangible, Living Man,, acting in the capacity of "Store Director" and in the name of PCC Community Markets, an owner operated business structure acting under License to "State of Washington" stopped JUDGMENT CREDITOR, as JUDGMENT CREDITOR was shopping at the 4th Avenue, Seattle, PCC Community Markets, an artificial construct, store and informed JUDGMENT CREDITOR that JUDGMENT CREDITOR could not shop at a PCC Community Market if JUDGMENT CREDITOR exercised RIGHTS recognized and protected by the Union Constitution; specifically Bearing Arms (non-lethal in this instance); and,

11. It is a AGREED FACT that Jai San Miguel declared that it was POLICY of PCC Community Markets to infringe on Constitutionally protected Rights, dba: PCC Markets has not controverted the AGREED FACT of the existence of the UNLAWFUL Policy; and,

12. It is a AGREED FACT that Jai San Miguel declared that he "would be talking to" Mangers of the 4th Avenue PCC Community Market and SOLICITING a CONSPIRACY to deprive JUDGMENT CREDITOR of Constitutionally recognized and protected RIGHTS upon a threat of refusing to allow JUDGMENT CREDITOR the opportunity to shop at PCC Community Markets, under threat of arrest, UNDER COLOR OF LAW, dba: PCC Markets has not disavowed the AGREED FACT of the existence of the UNLAWFUL Conduct; and,

13. It is a AGREED FACT that aka: Krishnan "Krish" Srinivasan and aka: Suzanne Monford are Executive Officers of the PCC Community Markets organization responsible for establishing and enforcing POLICY(s) of PCC Community Markets, inclusive of the POLICY, as declared by Jai San Miguel, to infringe on Constitutionally recognized and protected RIGHTS under color of law, and to SOLICIT further CONSPIRACY AGAINST RIGHTS by PCC Community Markets' management and staff, dba: PCC Markets has not controverted the AGREED FACT of the existence of the UNLAWFUL Policy and CONSPIRACY to engage in the UNLAWFUL perpetuation of the CONSPIRACY to perpetuate and Participate in the UNLAWFUL CONSPIRACY; and,

AGREED JUDGMENT OF PUNITIVE DAMAGES:

14. It is a AGREED FACT that the PCC Community Markets' website publishes the AGREED FACT that there are over 80,000 PCC Community Markets Member /Owners, over 100 Office Staff, and numerous Store Staff, for purposes of calculating the Damages as established by Congress, JUDGMENT CREDITOR will estimate 40 staff per store multiplied by 16 Stores is a total of 640 staff members

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 8 of 63

Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

participating in the CONSPIRACY AGAINST RIGHTS and DEPRIVATION OF RIGHTS UNDER COLOR OF LAW for a total of 50,740 (estimated) RESPONDENTS, each liable for 500,000.00 American Gold Eagles, for a grand Total of 25,370,000,000.00 in American Gold Eagles (10.00 face value), in Punitive Damages [*Exchange rate for Federal Reserve Notes = (approx.) 5,327,700,000,000.00*]; and,

*15.* All RIGHTS Reserved; and,

*16.* Further JUDGMENT CREDITOR says not at this time.

Given this day, 18 March 2023,

SEAL

Kenneth – Wayne: Leaming.
Declarant, JUDGMENT CREDITOR.

PCC-Claims-03JUDGMENT.docx
Page 8 of 8
Kenneth – Wayne: Leaming., et al.
JUDGMENT CREDITOR(s), Declarant

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 9 of 63

Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

**Kenneth – Wayne: Leaming.**
***and others similarly situated***
**c/o 116 – 812 Stewart Street**
**Seattle**
**Washington**

**CLAIMANT(s)**

**-V-**

**aka: Krishnan "Krish" Srinivasan (full name unknown);**
**aka: Suzanne Monford (full name unknown);**
**Jai San Miguel,**
**and all unknown owners and Board Members, et ux.,**
**dba: PCC Community Markets**
**c/o 3131 Elliott Avenue**
**Suite 500**
**Seattle**
**Washington**

**RESPONDENT(s)**

# NOTICE OF FAULT – OPPORTUNITY TO CURE: VERIFIED COMMON-LAW (Administrative) CLAIM(s) FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, CONSPIRACY AGAINST RIGHTS, AND ETC.

Certified Mail: 9407 1379 0327 5503 0259 01

PCC-Claims-02FaultOpptyCure.docx
Page 1 of 9
Kenneth – Wayne: Leaming., et al.
CLAIMANT(s), JUDGMENT CREDITOR

State of Creation )
) ss.
House of Learning )

Kenneth – Wayne: Leaming, herein JUDGMENT CREDITOR, being subject to penalty for bearing false witness, Law of Yeheveh – Elohim [ER 603], affirms JUDGMENT CREDITOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

On December 19, 2022, RESPONDENT(s) Received SERVICE of the VERIFIED CLAIMS ... referenced herein as appears in Official [ER 902] Records of the United States Post Office:

Tracking Number:
9407137903275503020463
Copy Add to Informed Delivery

Latest Update
Your item was delivered to an individual at the address at 11:58 am on December 19, 2022 in SEATTLE, WA 98121.

Delivered
Delivered, Left with Individual
SEATTLE, WA 98121
December 19, 2022, 11:58 am
See All Tracking History

RESPONDENT(s) have failed to Serve any responsive process upon CLAIMANT, much less responsive process containing Evidence in Controversy to any or all FACTS appearing by Testimony Evidence in the "VERIFIED CLAIM ..."; and,

Wherefore it APPEARS that RESPONDENT(s) Agree and Affirm by Tacit Procuration and Nihil Decit all FACTS appearing herein:

**MANDATORY NOTICE [ER 201]:**

Failure to CONTROVERT any or all FACTS will be accepted as your AFFIRMATION of any FACT that is Not Controverted by EVIDENCE, based on the Doctrines of Nihil Decit and Tacit Procuration:

**BOUVIER'S LAW DICTIONARY, 1856:**

Yeheveh – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

*NIHIL DICIT. He says nothing. It is the failing of the defendant to put in a plea or answer to the plaintiff's declaration by the day assigned; and in this case judgment is given against the defendant of course, as he says nothing why it should not. Vide 15 Vin. Ab. 556; Dane's Ab. Index, h. t.*

*TACIT. That which, although not expressed, is understood from the nature of the thing, or from the provision of the law; implied.*

*PROCURATION, civil law. The act by which one person gives power to another to act in his place, as he could do himself. A letter of attorney.*
*2. Procurations are either express or implied: an express procuration is one made by the express consent of the parties; the implied or tacit takes place when an individual sees another managing his affairs, and does not interfere to prevent it. Dig. 17, 1, 6, 2; Id. 50, 17, 60; Code 7, 32, 2.*
*3. Procurations are also divided into those which contain absolute power, or a general authority, and those which give only a limited power. Dig. 3, 3, 58; Id. 17, 1, 60, 4 4. The procurations are ended in three ways first, by the revocation of the authority; secondly, by the death of one of the parties; thirdly, by the renunciation of the mandatory, when it is made in proper time and place, and it can be done without injury to the person who gave it. Inst. 3, 27 Dig. 17, 1; Code 4, 35; and see Authority; Letter of Attorney; Mandate*

Public MINISTER:

*MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.*
*2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;*

*SEE ALSO: Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, as amended.*

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 12 of 63

Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

*1.* JUDGMENT CREDITOR comes in Good Faith, Peace and Honor, and for curing any defects along the way;

**PREMISES:**

*2.* It is a FACT that JUDGMENT CREDITOR is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

*3.* It is a FACT that JUDGMENT CREDITOR, also being a Public MINISTER, brings these CLAIM(s) both in his Private capacity as a tangible, living Man as to the tangible, living People -and- as Public MINISTER bringing CLAIM(s) for, and on behalf of The State of Washington, 1878, as to the artificial corporate entity PCC Community Markets consistent with the Premises set forth in PENHALLOW V. DOANE'S ADMINISTRATORS, 3 U.S. 54; and,

*4.* It is a FACT that RESPONDENT(s) are a corporate subject operating under License to "State of Washington", WSL 1889, ch. 11, a Territorial Municipal Corporation as its Licensed Agent, along with the 'UNITED STATES FEDERAL GOVERNMENT', a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington",

PCC-Claims-02FaultOpptyCure.docx
Page 4 of 9
Kenneth – Wayne: Leaming., et al.
CLAIMANT(s), JUDGMENT
CREDITOR

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 13 of 63

Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

"District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and as such SUBJECT to Acts of Congress inclusive of June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, §103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100-690, title VII, §7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI, §60006(a), title XXXII, §§320103(a), 320201(a), title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI, §§604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW and CONSPIRACY AGAINST RIGHTS establishing a Punitive Damages penalty of 250,000.00 per violator, per count, the Constitution for the union of the several united States of America, 1789 – 1791 (Union Constitution), mandates at Article I, sec. 10, that a tender in discharge of the debt be in Gold /Silver coin, for the purposes of the instant claim such damages are hereby Denominated in (pre 1933) American Gold Eagles at face value (10.00); and,

*5.* It is a FACT that JUDGMENT CREDITOR brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 4 July 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s), 60 Stat. 237 as amended, and WSL 1959 CHAPTER 234 as amended, Territorial Legislative Act(s) affirming the Congressional enactment(s), inclusive of the APA Clause providing that any review of a Factual Record established through APA /COMMON-LAW Procedures is LIMITED to the FACTS appearing in said Record; and,

*6.* It is a FACT that any authority reviewing a Record established by and through ADMINISTRATIVE /Common-Law procedure(s) cannot review ANY FACT not appearing in the APA /Common-Law

PCC-Claims-02FaultOpptyCure.docx
Page 5 of 9
Kenneth – Wayne: Leaming., et al.
CLAIMANT(s), JUDGMENT
CREDITOR

Record; and,

*7.* It is a FACT that The Administrative Procedure Act(s) are the Legislative enactment of COMMON-LAW; and,

*8.* It is a FACT that As a Licensee (AGENT) of "State of Washington", RESPONDENT(s) are Subject to and bound by the terms and conditions of the Union Constitution, inclusive of the Bill of Rights; and,

*9.* It is a FACT that "State of Washington" by and through its Attorney General, and the UNITED STATES FEDERAL GOVERNMENT by and through its Attorney General have Agreed and Affirmed the FACT, by stipulated COMMON-LAW, Administrative JUDGMENT as PUBLISHED in the Record of Carroll County, Georgia, SUPERIOR COURT CLERK /Recorder Book 6129 Page 155, that there are NO EXCEPTIONS TO THE 2ND AMENDMENT (EXHIBIT Attached); and,

**FACTS**

*10.* It is a FACT that on 10 December, 2022, aka: Jai San Miguel a tangible, Living Man,, acting in the capacity of "Store Director" and in the name of PCC Community Markets, an owner operated business structure acting under License to "State of Washington" stopped JUDGMENT CREDITOR, as JUDGMENT CREDITOR was shopping at the 4th Avenue, Seattle, PCC Community Markets, an artificial construct, store and informed JUDGMENT CREDITOR that JUDGMENT CREDITOR could not shop at a PCC Community Market if JUDGMENT CREDITOR exercised RIGHTS recognized and protected by the Union Constitution, specifically Bearing Arms (non-lethal in this instance); and,

*11.* It is a FACT that Jai San Miguel declared that it was POLICY of PCC Community Markets to infringe on Constitutionally protected Rights, dba: PCC Markets has not controverted the FACT of the existence of the UNLAWFUL Policy; and,

*12.* It is a FACT that Jai San Miguel declared that he "would be talking to" Mangers of the 4th Avenue PCC Community Market and SOLICITING a CONSPIRACY to deprive JUDGMENT CREDITOR of Constitutionally recognized and protected RIGHTS upon a threat of refusing to allow JUDGMENT CREDITOR the opportunity to shop at PCC Community Markets, under threat of arrest, UNDER COLOR OF LAW, dba: PCC Markets has not disavowed the FACT of the existence of the UNLAWFUL Conduct; and,

*13.* It is a FACT that aka: Krishnan "Krish" Srinivasan and aka: Susanne Monford are Executive Officers of the PCC Community Markets organization responsible for establishing and enforcing POLICY(s) of PCC Community Markets, inclusive of the POLICY, as declared by Jai San Miguel, to infringe on Constitutionally recognized and protected RIGHTS under color of law, and to SOLICIT further CONSPIRACY AGAINST RIGHTS by PCC Community Markets' management and staff, dba: PCC Markets has not controverted the FACT of the existence of the UNLAWFUL Policy and CONSPIRACY to engage in the UNLAWFUL perpetuation of the CONSPIRACY to perpetuate and Participate in the UNLAWFUL CONSPIRACY; and,

**PUNITIVE DAMAGES:**

*14.* It is a FACT that the PCC Community Markets' website publishes the FACT that there are over 80,000 PCC Community Markets Member /Owners, over 100 Office Staff, and numerous Store Staff, for purposes of calculating the Damages as established by Congress, JUDGMENT CREDITOR will estimate 40 staff per store multiplied by 16 Stores is a total of 640 staff members participating in the CONSPIRACY AGAINST RIGHTS and DEPRIVATION OF RIGHTS UNDER COLOR OF LAW for a total of 80,740 (estimated) RESPONDENTS, each liable for 500,000.00 American Gold Eagles, for a grand Total of 25,370,000,000.00 in American Gold Eagles (10.00 face value), in Punitive Damages [*Exchange rate for Federal*

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 16 of 63

Yeheveh – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

*Reserve Notes = (approx.) 5,327,700,000,000.00*]; and,

**CONTINUING OFFER TO MITIGATE /SETTLE:**

*15.* JUDGMENT CREDITOR hereby OFFERS to MITIGATE the exposure of dba: PCC Community Markets to the above LIABILITY and being subject to said JUDGMENT Liability upon the following TERMS & CONDITIONS:

- a) Any and all POLICY(s) tending to INFRINGE on Constitutionally recognized and protected RIGHTS are REPEALED and the REPEAL is PUBLISHED to All Staff members who must Sign acknowledgment of the REPEAL OF POLICY; and,
- b) The REPEAL of POLICY(s) is PUBLICLY PUBLISHED;
- c) Jai San Miguel is TERMINATED FOR CAUSE, with Notation "DO NOT REHIRE" on personnel file; and,
- d) Lifetime PCC Community Markets MEMBERSHIP for JUDGMENT CREDITOR, and,
- e) Lifetime account of up to the value of One (1) American Gold Eagle in credits toward PCC Community Markets merchandise purchases, per year; and,
- f) Make a DONATION to the Association of Constituents to The State of Washington, 1878, in the amount of (or equal to) 250.00 American Gold Eagles; and,
- g) Add colloidal silver water from SILVER WATER COMPANY, Rainier, Washington to the product

PCC-Claims-02FaultOpptyCure.docx
Page 8 of 9
Kenneth – Wayne: Leaming., et al.
CLAIMANT(s), JUDGMENT CREDITOR

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 17 of 63

Yeheveh – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

line; and,

- h) Establish POLICY(s) that will make sure there is ALWAYS (during business hours) at least two tubs of Tiger Mountain Chili on the hot soup bar at each store (supplies /ingredients /labor and monitoring of soupline); and,
- i) Tender 100 American Gold Eagles (10.00 face value), or an agreed equivalent in other tangible property, in mitigated Damages to JUDGMENT CREDITOR; and,

*16.* **CLAIMANT hereby Grants RESPONDENT(s) twenty (20) days from receipt of Service of this "NOTICE OF FAULT – 20 DAY OPPORTUNITY TO CURE ..." WITH EVIDENCE IN CONTROVERSY TO ANY ONE, OR MORE, FACTS APPEARING HEREINABOVE, FAILURE TO DO SO WILL BE ACCEPTED AS RESPONDENT(s) AGREEMENT AND AFFIRMATION OS ALL FACTS APPEARING HEREINABOVE;** and,

*17.* All RIGHTS Reserved; and,

*18.* Further JUDGMENT CREDITOR says not at this time.

Given this day, 17 March 2023,

[signature]

Kenneth – Wayne: Leaming.
JUDGMENT CREDITOR, CLAIMANT.

PCC-Claims-02FaultOpptyCure.docx
Page 9 of 9
Kenneth – Wayne: Leaming., et al.
CLAIMANT(s), JUDGMENT CREDITOR

Kenneth – Wayne: Leaming,
*and others similarly situated*
c/o 116 – 812 Stewart Street
Seattle
Washington

CLAIMANT(s)

-V-

aka: Krishnan "Krish" Srinivasan (full name unknown);
aka: Suzanne Monford (full name unknown);
Jai San Miguel,
and all unknown owners and Board Members, et ux.,
dba: PCC Community Markets
c/o 3131 Elliott Avenue
Suite 500
Seattle
Washington

RESPONDENT(s)

**VERIFIED COMMON-LAW (Administrative) CLAIM(s) FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, CONSPIRACY AGAINST RIGHTS, AND ETC.**

**PRINCIPAL – AGENT DOCTRINE APPLIES**

State of Creation )
) ss.
House of Leaming )

Kenneth – Wayne: Leaming, herein DECLARANT, being subject to penalty for bearing false witness, Law of Yeheveho – Elohim [ER 603],

affirms DECLARANT is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

**MANDATORY NOTICE** [ER 201]:

Failure to CONTROVERT any or all FACTS will be accepted as your AFFIRMATION of any FACT that is Not Controverted by EVIDENCE, based on the Doctrines of Nihil Decit and Tacit Procuration:

**BOUVIER'S LAW DICTIONARY**, 1886:

*NIHIL DICIT. He says nothing. It is the failing of the defendant to put in a plea or answer to the plaintiff's declaration by the day assigned; and in this case judgment is given against the defendant of course, as he says nothing why it should not. Vide 15 Vin. Ab. 556; Dane's Ab. Index, h. t.*

*TACIT. That which, although not expressed, is understood from the nature of the thing, or from the provision of the law; implied.*

*PROCURATION, civil law. The act by which one person gives power to another to act in his place, as he could do himself. A letter of attorney.*
*2. Procurations are either express or implied; an express procuration is one made by the express consent of the parties; the implied or tacit takes place when an individual sees another managing his affairs, and does not interfere to prevent it. Dig. 17, 1, 6, 2; Id. 50, 17, 60; Code 7, 32, 2.*
*3. Procurations are also divided into those which contain absolute power, or a general authority, and those which give only a limited power. Dig. 3, 3, 58; Id. 17, 1, 60, 4 4. The procurations are ended in three ways first, by the revocation of the authority; secondly, by the death of one of the parties; thirdly, by the renunciation of the mandatory, when it is made in proper time and place, and it can be done without injury to the person who gave it. Inst. 3, 27 Dig. 17, 1; Code 4, 35; and see Authority; Letter of Attorney; Mandate*

Public MINISTER:

*MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of*

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 20 of 63

Yeheveho – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

*rank or character.*
*2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;*

*SEE ALSO: Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, as amended.*

*1.* DECLARANT comes in Good Faith, Peace and Honor, and for curing any defects along the way;

**PREMISES:**

*2.* It is a FACT that DECLARANT is a Constituent to, and Public MINISTER of, **The State of Washington**, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organised by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

*3.* It is a FACT that DECLARANT, also being a Public MINISTER, brings these CLAIM(s) both in his Private capacity as a tangible, living Man as to the tangible, living People -and- as Public MINISTER bringing CLAIM(s) for, and on behalf of **The State of Washington**, 1878, as to the artificial corporate entity PCC Community Markets consistent with the Premises set forth in PENHALLOW V. DOANE'S ADMINISTRATORS, 3 U.S. 54; and,

*4.* It is a FACT that RESPONDENT(s) are a corporate subject operating under License to "State of Washington", WSL 1889, ch.

PCC-Claims-01.docx et al. Kenneth – Wayne: Leaming.,
Page 3 of 8 CLAIMANT(s), DECLARANT

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 21 of 63

Yeheveho – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

11, a Territorial Municipal Corporation as its Licensed Agent, along with the 'UNITED STATES FEDERAL GOVERNMENT', a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and as such SUBJECT to Acts of Congress inclusive of June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, §103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100-690, title VII, §7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI, §60006(a), title XXXII, §§320103(a), 320201(a), title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI, §§604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW and CONSPIRACY AGAINST RIGHTS establishing a Punitive Damages penalty of 250,000.00 per violator, per count, the Constitution for the union of the several united States of America, 1789 – 1791 (Union Constitution), mandates at Article I, sec. 10, that a tender in discharge of the debt be in Gold /Silver coin, for the purposes of the instant claim such damages are hereby Denominated in (pre 1933) American Gold Eagles at face value (10.00); and,

*5.* It is a FACT that DECLARANT brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 4 July 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s), 60 Stat. 237 as amended, and WSL 1959 CHAPTER 234 as amended, Territorial Legislative Act(s) affirming the

PCC-Claims-01.docx et al. Kenneth – Wayne: Leaming.,
Page 4 of 8 CLAIMANT(s), DECLARANT

Congressional enactment(s), inclusive of the APA Clause providing that any review of a Factual Record established through APA /COMMON-LAW Procedures; and,

*6.* It is a FACT that any authority reviewing a Record established by and through ADMINISTRATIVE /Common-Law procedure(s) cannot review ANY FACT not appearing in the APA /Common-Law Record; and,

*7.* It is a FACT that The Administrative Procedure Act(s) are the Legislative enactment of COMMON-LAW; and,

*8.* It is a FACT that As a Licensee (AGENT) of "State of Washington", RESPONDENT(s) are Subject to and bound by the terms and conditions of the Union Constitution, inclusive of the Bill of Rights; and,

*9.* It is a FACT that "State of Washington" by and through its Attorney General, and the UNITED STATES FEDERAL GOVERNMENT by and through its Attorney General have Agreed and Affirmed the FACT, by stipulated COMMON-LAW, Administrative JUDGMENT as PUBLISHED in the Record of Carroll County, Georgia, SUPERIOR COURT CLERK /Recorder Book 6129 Page 165, that there are NO EXCEPTIONS TO THE 2ND AMENDMENT (EXHIBIT Attached); and,

**FACTS**

*10.* It is a FACT that on 10 December, 2022, aka: Jai San Miguel a tangible, Living Man,, acting in the capacity of "Store Director" and in the name of PCC Community Markets, an owner operated business structure acting under License to "State of Washington" stopped DECLARANT, as DECLARANT was shopping at the 4th Avenue, Seattle, PCC Community Markets, an artificial construct, store and informed DECLARANT that DECLARANT could not shop at a PCC Community Market if DECLARANT exercised RIGHTS recognized and protected by the Union Constitution, specifically

Yehevehe – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

Bearing Arms (non-lethal in this instance); and,

*11.* It is a FACT that Jai San Miguel declared that it was POLICY of PCC Community Markets to infringe on Constitutionally protected Rights; and,

*12.* It is a FACT that Jai San Miguel declared that he "would be talking to" Mangers of the 4th Avenue PCC Community Market and SOLICITING a CONSPIRACY to deprive DECLARANT of Constitutionally recognized and protected RIGHTS upon a threat of refusing to allow DECLARANT the opportunity to shop at PCC Community Markets, under threat of arrest, UNDER COLOR OF LAW; and,

*13.* It is a FACT that aka: Krishnan "Krish" Srinivasan and aka: Suzanne Monford are Executive Officers of the PCC Community Markets organization responsible for establishing and enforcing POLICY(s) of PCC Community Markets, inclusive of the POLICY, as declared by Jai San Miguel, to infringe on Constitutionally recognized and protected RIGHTS under color of law, and to SOLICIT further CONSPIRACY AGAINST RIGHTS by PCC Community Markets' management and staff; and,

**PUNITIVE DAMAGES:**

*14.* It is a FACT that the PCC Community Markets' website publishes the FACT that there are over 80,000 PCC Community Markets Member /Owners, over 100 Office Staff, and numerous Store Staff, for purposes of calculating the Damages as established by Congress, DECLARANT will estimate 40 staff per store multiplied by 16 Stores is a total of 640 staff members participating in the CONSPIRACY AGAINST RIGHTS and DEPRIVATION OF RIGHTS UNDER COLOR OF LAW for a total of 80,740 (estimated) RESPONDENTS, each liable for 500,000.00 American Gold Eagles, for a grand Total of 25,370,000,000.00 in American Gold Eagles (10.00 face value), in Punitive Damages [*Exchange rate for Federal*

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 24 of 63

Yeheveh – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

*Reserve Notes = (approx.) 5,327,700,000,000.00*]; and,

**OFFER TO MITIGATE / SETTLE:**

*15.* DECLARANT hereby OFFERS to MITIGATE the exposure of dba: PCC Community Markets to the above LIABILITY and being subject to said JUDGMENT liability upon the following TERMS & CONDITIONS:

a) Any and all POLICY(s) tending to INFRINGE on Constitutionally recognized and protected RIGHTS are REPEALED and the REPEAL is PUBLISHED to All Staff members who must Sign acknowledgment of the REPEAL OF POLICY; and,

b) The REPEAL of POLICY(s) is PUBLICLY PUBLISHED;

c) Jai San Miguel is TERMINATED FOR CAUSE, with Notation "DO NOT REHIRE" on personnel file; and,

d) Lifetime PCC Community Markets MEMBERSHIP; and,

e) Lifetime account of up to the value of One (1) American Gold Eagle in credits toward PCC Community Markets merchandise purchases; and,

f) Make a DONATION to the Association of Constituents to The State of Washington, 1878, in the amount of (or equal to) 2800.00 American Gold Eagles; and,

g) Add colloidal silver water from SILVER WATER COMPANY, Rainier, Washington to the product

PCC-Claims-01.docx Kenneth – Wayne: Leaming.,
Page 7 of 8 et al. CLAIMANT(s), DECLARANT

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 25 of 63

Yeheveh – Elohim, Yashua – Mashiach, Aleph – Tav,
PRINCIPAL

line; and,

h) Establish POLICY(s) that will make sure there is ALWAYS (during business hours) at least two tubs of Tiger Mountain Chili on the hot soup bar at each store (supplies /ingredients /labor and monitoring of soupline); and,

i) Tender 10 American Gold Eagles (100.00 face value) in mitigated Damages to DECLARANT; and,

*16.* All RIGHTS Reserved; and,

*17.* Further DECLARANT says not at this time.

Given this day, 17 March 2023,

Kenneth – Wayne: Leaming.
DECLARANT, CLAIMANT.

EXHIBIT(s) (2):

JUDGMENT.

A PRIORY NOTICE OF APPOINTMENT OF Public MINISTER.

PCC-Claims-01.docx Kenneth – Wayne: Leaming.,
Page 8 of 8 et al. CLAIMANT(s), DECLARANT

Yahovahe-Elohim; Yashua-Mashiach; Aleph-Tav
PRINCIPAL

Kenneth – Wayne: Leaming,
Public MINISTER
116 Stewart Street, 812
Seattle
Washington

DEED BOOK 14763 PG 2781
Filed: 02/23/2023 01:56 PM CFN: 28-2023-006275
Rec: $25.00
Patty Baker, Clerk of Superior Court Cherokee Cty, GA

[seal]

**RECORDING COVER SHEET (etc.)**

**INSTRUMENT:**

**A PRIORI NOTICE:**
**APPOINTMENT OF Public MINISTER**

**GRANTEE(s):**

Kenneth – Wayne: Leaming,
116 Stewart Street, 812
Seattle
Washington

**GRANTOR(s):**

**"We the People ..."**
Constituent to the Union of the several united States of America, 1789 – 1791, and its several union Nation / States;

and:

**The State of Washington"**
"Constituted 1878;
Admitted to Union by Congress 22 February, 1889.

**Land Description:**

NOT APPLICABLE

**NOTICE:**
***BOUVIER'S LAW DICTIONARY, 1856:***
MINISTER. International Law. This is the name given to Public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers without any particular determination of character; these are simply called ministers to indicate they are invested with the general character of a sovereign's mandatories without any particular rank or character. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.

Yahovahe-Elohim; Yashua-Mashiach; Aleph-Tav:
PRINCIPAL

**OTHER MATTER:**
The appointment of Public MINISTER(s) is essential due to the lack of any duly elected /appointed Officers of the Washington Republic, "The State of Washington" admitted to the union on 22 February, 1889, it having been usurped by the territorial municipal corporation created 23 December, 1889 whose process name is "State of Washington", WSL 1889, c 11, see also the Published Evidentiary Record at Pierce county, Recorder's file 200009130560, incorporated here by reference as if fully reproduced here;
Further, the union of the several united States of America has been usurped by a collection of municipal corporations created by Congress in and for the district of Columbia, 1791 – 1799, as well as subdivisions, agencies, and instrumentalities thereof and thereunder as well as subsequent district of Columbia municipal corporations as appear in the Congressional Record, 1791 – 1799 and named "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", collectively and commonly called "United States Federal Government"

**VERIFIED – A PRIORI NOTICE OF APPOINTMENT:**
**Public MINISTER**

State of Creation )
) ss.
House of Leaming )

Comes now Kenneth – Wayne: Leaming, herein "Public MINISTER", being subject to penalty for bearing false witness, law of Yahovahe-Elohim [EX 20:16] and Affirms Public MINISTER is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

Know all (we)men, Nations, corporations and all political and corporate bodies of whatever nature of the Appointment of Kenneth – Wayne: Leaming, to the Office of Public MINISTER of and from "The State of Washington", 1878, AND of an from the Union of the several united States of America, 1789 – 1791, to which Kenneth – Wayne: Leaming, is a Constituent dwelling on the soil thereof and natural born, or naturalized, on the soil thereof; and,

A Public MINISTER is an envoy, generally from one judicial jurisdiction to another judicial jurisdiction foreign to his /her own; and,

MINISTERIAL POWERS AND DUTIES: Ministerial powers are given /delegated, not of the donee him /herself, but for the good of several parties, inclusive of the donee him /herself from time to time, they are so called because the Grantee of those powers and duties acts as a Servant in his /her exercise of those powers and duties; the Powers and Duties of the MINISTER rests upon the Laws of Nations, as well as

upon Treaties, and the primary Duty of the Public MINISTER is the protection of the interests, rights, and property of his /her countrymen; and,

Public MINISTER's Protection of interests of Parties of a judicial jurisdiction: Public MINISTERs are Duty Bound to see that the laws of the unknown or foreign authority wherein they officiate are properly administered so as to protect the rights and property interests of the Public MINISTER's Nationals, and their official character as Public MINISTER must be taken as sufficient evidence of authority to perform all those acts and actions that are customarily entrusted to Public MINISTERs for performance; and,

The authority of a Public MINISTER to protect the Rights and Estates of his /her countrymen within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the Office of Public MINISTER under accepted principles of International Law, and tribunals have consistently given recognition to the power of a Public MINISTER of a judicial jurisdiction foreign to the jurisdiction of the tribunal to Assert and /or Defend Property Rights as well as Private /Individual Rights of his /her National regardless of whether or not s/he has been accorded standing in tribunal by treaty provision or otherwise; and,

Even in the absence of specific authorization /delegation of authority to act as an Agent of his /her National, and in the absence of a Treaty a Public MINISTER is recognized under the principles of International Law to have the Authority, Duty, and privilege to Present, in the nature of Spokesman /Counsel, the interests of his /her countrymen in the tribunals of a State /Nation even when the Claimant(s) are unknown; the Public MINISTER must have specific delegation of authority before s/he can obtain restitution and /or other proceeds; and,

IMMUNITY OF Public MINISTER(s): The rule that tribunals have no authority over a Foreign Sovereign extends also to its Public MINISTERS, see also Pub. L. 1790, 1 Stat. 117, ch. 9 [22 USC 252]; and,

Whenever any writ or process is sued out or prosecuted by a party in any tribunal of the united States (1789 – 1791), or of any State (member of the union) or by any judge or justice whereby the physical body of any Public MINISTER is arrested or imprisoned or his /her goods or chattels are distrained, seized, or otherwise attached, such writ or process shall be deemed VOID ab initio; and,

Whenever any writ or process is sued out or prosecuted by a party in any tribunal of the united States (1789 – 1791), or of any State (member of the union) or by any judge or justice whereby the physical body of any domestic, or domestic servant, of a Public MINISTER is arrested or imprisoned or his /her goods or chattels are distrained, seized, or otherwise attached, such writ or process shall be deemed VOID ab initio; and,

It is provided /Published that whenever any writ or process is sued out in violation of this Prohibition, every party by whom the same is obtained or prosecuted, whether as a party, attorney, solicitor, and /or every Officer served in executing it shall be deemed a Violator of the Laws of Nations and a disturber of the Public Repose and shall be subject to the Penalties provided by Law, inclusive of those Enacted and Published as Pub. L. 1948, ch 645 /62 Stat. 688 [18 USC 112]; Pub. L. 1871, ch 22 § 6 /17 Stat. 15 [42 USC 1986]; and,

Executed by the Grace of Yehovehe-Elohim this day 17 February, 2022.

"*We the People* ...", ex rel.

By our Hand(s) and Seal(s):

Kenneth – Wayne: Leaming.
Public MINISTER

and,

Donald – Theodore: Grahn.
Public MINISTER



Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 30 of 63

# State of Georgia

COUNTY OF CARROLL
OFFICE OF THE CLERK OF SUPERIOR COURT

ELECTRONIC DOCUMENT CERTIFICATION

| | | | |
|---|---|---|---|
| Certification Date: | 11/30/22 | Book Reference: | BOOK 6120 PAGE 155 |
| Authentication Code: | PEV15-QNN97-9HNE | Number of Pages: | 66 |

I, Alan J. Lee, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law.

Witness my hand and official seal of this office on the date written.

Official Seal of Clerk

Alan J. Lee, Clerk

Catherine Hackcha
Prepared by:

INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing office by accessing the link below:

https://ecert.gsccca.org/document/PEV15-QNN97-9HNE

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions

AUTHENTICATION CODE LISTED ON THE TOP OF EACH CERTIFIED PAGE

---

Carroll County Superior Court Certified Document PEV15-QNN97-9HNE Page 1 of 66

Yehoveho – Elohim, Yeshua - Mashiach, Aleph Tav.
PRINCIPAL

Kenneth – Wayne: Learning,
Public MINISTER,
The State of Washington, 1878
c/o 116 Stewart Street
Seattle
Washington

[seal]

CLERK OF SUPERIOR COURT
Records Division
Carroll County
Georgia

COMMON-LAW (Administrative) JUDGMENT

GRANTEE(s):

The State of Washington, 1878, Ex rel.,
Kenneth – Wayne: Learning,
Public MINISTER;
c/o 116 Stewart Street
Seattle
Washington

GRANTOR(s):

"United States Federal Government"
c/o aka: Merrick B Garland, FIDUCIARY
Office of Attorney General
950 Pennsylvania Ave. NW
Washington
District of Columbia

and,

"State of Washington" (WSL 1889, ch 11)
aka: Bob Ferguson, FIDUCIARY
Office of Attorney General
1125 Washington Street SE
Olympia
Washington

FILED
GA. CAROLL COUNTY
2022 NOV -2 PM 4:10

LAND /REAL ESTATE:
No Land or Real Estate at this time.

*For Publication in the Record, Carroll County Superior Court Clerk.*

---

Carroll County Superior Court Certified Document PEV15-QNN97-9HNE Page 2 of 66

PRINCIPAL

The People of The State of Washington, ex rel.
Kenneth – Wayne: Learning
Public MINISTER
c/o 116 Stewart Street
Seattle
Washington

10/14/2022 10:52:16 AM KITTITAS COUNTY CLERK
Pages: 65
1131838
Tracy Good
Recorded: JA
Fee: $204.00
KENNETH W LEARNING

COMMON-LAW JUDGMENT
(Administrative Procedure Act)
By AGREEMENT and AFFIRMATION
(CONTRACT) of the Parties

GRANTEE(s):
The People of The State of Washington, 1878,
Ex rel:
Kenneth-Wayne: Learning, et al.,
Public MINISTER

GRANTOR(s):
aka: Merrick B. Garland (full name unknown),
Fiduciary, Office of Attorney General, successors, assigns, and respondeat superiors;
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington
District of Columbia

aka: Bob Ferguson (full name unknown),
Fiduciary, Office of Attorney General, successors, assigns, and respondeat superiors;
"State of Washington", WSL1889, ch 11
1125 Washington Street SE
Olympia
Washington

LAND /REAL ESTATE:
NO LAND OR REAL ESTATE

InfoAndExceptions-01-JUDGMENT-A.docx
Page 1 of 12

Kenneth-Wayne: Learning
GRANTEE, Declarant
Public MINISTER

---

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 31 of 63

Carroll County Superior Court Certified Document PEV15-QNN97-9HNE Page 3 of 66

PRINCIPAL

VERIFIED COMMON-LAW JUDGEMENT
CONSISTENT WITH ADMINISTRATIVE PROCEDURE ACT(s)

PRINCIPAL-AGENT DOCTRINE APPLIES

State of Creation )
) ss.
House of Learning )

Comes now Kenneth-Wayne: Learning, herein MINISTER, being subject to penalty for bearing false witness, law of Yehoveho-Elohim (GOD ALMIGHTY) [ER 603], and Affirms MINISTER is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

It has been in excess of Thirty (30) days since GRANTEE(s) Received SERVICE of the NOTICE OF FAULT AND OPPORTUNITY TO CURE; and,

[ER 902] EVIDENCE OF SERVICE:

MINISTER Relies in Good Faith that the Post Office, through its agent USPS did not commit fraud in publishing the following delivery record(s):

Tracking Number: [illegible]

Status
Delivered, PO Box

/
/
/

InfoAndExceptions-01-JUDGMENT-A.docx
Page 2 of 12

Kenneth-Wayne: Learning
GRANTEE, Declarant
Public MINISTER

Carroll County Superior Court Certified Document G8M2Q-BTY5U-QR47 Page 32 of 63

***MANDATORY NOTICE ER 201:***

*All FACTS are not Controverted and are ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative COMMON-LAW Record. SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.*

*FOR THE PURPOSE(s) OF THIS Instrument "Non-Response" is inclusive of a "response" totally devoid of any EVIDENCE in CONTROVERSY.*

**THE RECORD EVIDENCES:**

1) MINISTER came in good faith, peace and honor, and for curing any defects along the way; and,

2) MINISTER is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

3) GRANTOR(s) is /are a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington"; "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107-217, §3(h)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108-178, §4(l)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109-351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

4) MINISTER brought the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

**FACTS:**

5) MINISTER relied in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. §722; Pub. L. 94-559, §2, Oct. 19, 1976, 90 Stat. 2641 ; Pub. L. 96-481, title II, §205(a), Oct. 21, 1980, 94 Stat. 2330 ; Pub. L. 102-166, title I, §§103, 113(a), Nov. 21, 1991, 105 Stat. 1074 , 1079; Pub. L. 103-141, §4(a), Nov. 16, 1993, 107 Stat. 1489 ; Pub. L. 103-322, title IV, §40303, Sept. 13, 1994, 108 Stat. 1942 ; Pub. L. 104-317, title III, §309(b), Oct. 19, 1996, 110 Stat. 3853 ; Pub. L. 106-274, §4(d), Sept. 22, 2000, 114

Stat. 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96–170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104–317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 ; and,

6) MINISTER relied in Good Faith on the FACT of the enactment of the Act of Congress known as FREEDOM OF INFORMATION ACT, Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90–23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93–502, §§1–3, Nov. 21, 1974, 88 Stat. 1561–1564; Pub. L. 94–409, §5(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95-454, title IX, §906(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98–620, title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99–570, title I, §§1802, 1803, Oct. 27, 1986, 100 Stat. 3207-48, 3207-49; Pub. L. 104–231, §§3–11, Oct. 2, 1996, 110 Stat. 3049-3054; Pub. L. 107–306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110–175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8–10(a), 12, Dec. 31, 2007, 121 Stat. 2525–2530; Pub. L. 111–83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114–185, §2, June 30, 2016, 130 Stat. 538; and,

7) MINISTER Relies in Good Faith on the FACT that Congress did NOT commit Fraud in enacting and publishing the Administrative Procedure Act(s) thereby enacting the COMMON-LAW into a Statutory Process, to wit: act of June 11, 1946, ch. 324, 60 Stat. 237, as re-enacted /amended by and through Pub. L. 89–554, as amended; and,

**STANDING**

8) MANDATORY NOTICE (ER 201): It is ADMITTED, AFFIRMED, and AGREED by all Parties that it is a FACT that longstanding, Published Record(s) recognize MINISTER's capacity as articulated:

Bouvier's Law Dictionary, 1856:

MINISTER, international law. This is the general name

given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.

2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;

and,

9) It is a FACT that MINISTER has Standing to bring the instant action for the instant JUDGMENT due to the FACT that On 04 April, 2022, MINISTER, Kenneth – Wayne: Leaning, acting in his capacity as CONSTITUENT, went to the building commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building. MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

10) MINISTER's Constituents, inclusive of Kenneth – Wayne: Leaning, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms in many circumstances and places by GRANTEE(s), inclusive of officers and agents acting for and /or under the supervision, guidance, and Instruction of GRANTEE(s) ; and,

11) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, MINISTER could not find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY

Carroll County Superior Court Certified Document G8M2Q-BTY5U-QR47 Page 33 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QJR47 Page 34 of 63

ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]

"... than the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-6."

"... "Express provision" must mean something more than any verbal hook for an argument."

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al. Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, (Nos. 69, 71), Argued Dec. 8 and 9, 1965., Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent

the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.
Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...'

BOUVIER's LAWDICTIONARY, 1856:
EXCEPTION, contracts. ...
2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QJR47 Page 35 of 63

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law: expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental

laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.

CONSTITUTION, contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

The (Supreme) Court's decisions have held that the Due Process Clause protects two categories of substantive rights—those rights guaranteed by the first eight Amendments to the Constitution and ... DOBBS v. JACKSON WOMEN'S HEALTH ORGANIZATION, No. 19-1392. Argued December 1, 2021—Decided June 24, 2022;

(a) In District of Columbia v. Heller, 554 U. S. 570, and McDonald v. Chicago, 561 U. S. 742, the Court held that the Second and Fourteenth Amendments protect an individual right to keep and bear arms for self-defense. Under Heller, when the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct, and to justify a [firearm (sic)] regulation the government must demonstrate that the regulation is consistent with the Nation's historical tradition of [firearm (sic)] regulation. NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL., No. 20-843. Argued November 3, 2021—Decided June 23, 2022;

AGREED & AFFIRMED FACT(S)

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 36 of 63

Carroll County Superior Court Certified Document

12) MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(s) by Non-Response Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

13) MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

14) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms (whether or not) concealed, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

15) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

16) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed and Admitted there is /are no such Exception by Non-Response; and,

17) MINISTER Requested GRANTOR(S)(s) produce the Express

2ndAndExceptions-03-JUDGMENT-A.docx
Page 11 of 12
Kenneth-Wayne: Leaming,
GRANTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document

Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

18) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

19) ALL RIGHTS HAVE BEEN RESERVED; and,

20) Further MINISTER said not for the record.

Given under my Hand and Seal this day, 9 September 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaming, MINISTER, Declarant, Proper Party, Public MINISTER.

EXHIBIT(s):
Administrative /COMMON-LAW-Record(s).

2ndAndExceptions-03-JUDGMENT-A.docx
Page 12 of 12
Kenneth-Wayne: Leaming,
GRANTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 37 of 63

Carroll County Superior Court Certified Document

**The People of The State of Washington, 1878,**
Ex rel.
**Kenneth-Wayne: Leaming,**
**Public MINISTER**
c/o 116 Stewart Street, Cube 812
Seattle
Washington

REQUESTOR

To:

<snip>

And,

**a/k/a: Bob Ferguson (full name unknown), Fiduciary, Office of Attorney General, successors, assigns, and respondent superiors;**
**"State of Washington", WSL1889, ch 11**
1125 Washington Street SE
Olympia
Washington
[98504]
*[CERTIFIED (Mail) # 9407 1361 0936 1196 9132 78]*
*Attorney General Case #PRR-2022-0098*

ADDRESSEE(s)

**REPLY TO RESPONSE LETTER OF April 22, 2022, re: CLARIFICATION OF VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE PROCEEDING(s)**
**(FOIA, PA, ETC.)**
**PRINCIPAL-AGENT DOCTRINE APPLIES**

State of Creation }
} ss.
House of Leaming }

Comes now Kenneth-Wayne: Leaming, herein REQUESTOR, being

2ndAndExceptionsFOIA-02-Wash.docx
Page 1 of 7
Kenneth-Wayne: Leaming,
REQUESTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document

subject to penalty for bearing false witness, law of Yeheveho-Elohim (GOD ALMIGHTY) [ER 603], and Affirms REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

***MANDATORY NOTICE [ER 201]:***
*All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO:* Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, as amended.

**PRELIMINARY MATTER, FOUNDATION, PREMIS FOR REQUEST(s):**

Preliminary matter appearing in initial Claim incorporated by reference as if fully reproduced here;

and,

**FACTS:**

1) REQUESTOR incorporates FACTS appearing in initial request by reference as if fully reproduced here; and,

**STANDING**

2) REQUESTOR's standing to bring the instant action is established, uncontroverted, in the initial Claim(s) process; and,

**REQUEST(s)**
In the Alternative

**CLARIFICATION OF SPECIFIC DOCUMENTS:**

**The Identifiable Public Record(s) requested address any, IF SUCH EXIST, congressional, committee notes, journal entries, or other historic documents establishing any Legislative Intent**

2ndAndExceptionsFOIA-02-Wash.docx
Page 2 of 7
Kenneth-Wayne: Leaming,
REQUESTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 38 of 63

to exclude any Arms or Circumstances to be excepted from the Second Amendment to the Constitution for the union of the several united States of America, On June 8, TO WIT: Representative James Madison introduced a series of proposed amendments to the newly ratified U.S. Constitution. That summer the House of Representatives debated Madison's proposal, and on August 24 the House passed 17 amendments to be added to the Constitution. These 17 amendments were then sent to the Senate.

On September 2, the Senate began considering amendments to the Constitution as proposed and passed in the House. They altered and consolidated the House amendments into 12 articles on September 9, 1789 to make up the document below.

On September 25, Congress agreed upon the 12 amendments, and they were sent to the states for approval. Articles three through twelve were ratified and became the Bill of Rights on December 15, 1791.

REQUESTED: Any and all notes, journal entries, and documented commentary by the Authors of the Bill of Rights, inclusive of the Second Amendment are located in the National Archives (Washington, district of Columbia, and elsewhere), THE EXACT LANGUAGE OF THE SECOND AMENDMENT READS (as appears in National Archives:

> "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

3) REQUESTOR has, himself, been to the National Archives and viewed and /or handled the original journals of the House and Senate, CONGRESS, on the original Parchment, inclusive of the following examples of the types of specific documents being requested IF ANY EXIST which REQUESTOR has been unable to locate, and upon which RESPONDENT[s] rely in each of the circumstances stated in each of the paragraphs in the original request instrument:

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 39 of 63

4) If RESPONDENT[s] is /are unable to understand the

Documentary EVIDENCE REQUESTED in this Common-Law /Administrative proceeding, RESPONDENT(s) may wish to seek COMPETENT COUNSEL; and,

5) REMEDIES: In the event RESPONDENT(s) are unable to produce the EVIDENTIARY DOCUMENTS Requested, RESPONDENTS Agree and Admit no such documents exist; and,

6) ALL RIGHTS RESERVED; and,

7) Further REQUESTOR says not at this time.

Given under my Hand and Seal this day, 2 May 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaming,
REQUESTOR, Declarant, Proper Party, Public MINISTER.

Bob Ferguson
**ATTORNEY GENERAL OF WASHINGTON**
Administration Division
PO Box 40100 • Olympia, WA 98504-0100 • (360) 753-6200

April 22, 2022

Kenneth Wayne Leaming
116 Stewart Street, Cobe 812
Seattle, Washington 98101

RE: Public Records Request Received April 18, 2022
File Number: PRR-2022-0[illegible]

Dear Mr. Leaming:

This letter is to acknowledge your public records request dated April 13, 2022 and received in our office on April 18, 2022. Your request has been assigned the above file number and we ask that you please reference that number on any future correspondence regarding this request. You requested the following:

- *REQUESTOR Requests ADDRESSEE(s) produce the Express Exemption(s) clause(s) to the 2nd Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*
- *REQUESTOR Requests ADDRESSEE(s) produce the Express Exemption(s) clause(s) to the 2nd Amendment for transit, inclusive of air — sea — and/or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*
- *REQUESTOR Requests ADDRESSEE(s) produce the Express Exemption(s) clause(s) to the 2nd Amendment for Keeping and/or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*
- *REQUESTOR Requests ADDRESSEE(s) produce the Express Exemption(s) clause(s) to the 2nd Amendment for Keeping and/or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*

ATTORNEY GENERAL OF WASHINGTON

Kenneth Wayne Leaming
PRR-2022-0[illegible]
April 22, 2022
Page 2

- *REQUESTOR Requests ADDRESSEE(s) produce the Express Exemption(s) clause(s) to the 2nd Amendment for Keeping and/or Bearing Arms upon issuance of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*
- *REQUESTOR Requests ADDRESSEE(s) produce the Express Exemption(s) clause(s) to the [illegible] Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*
- *REQUESTOR Requests ADDRESSEE(s) produce the Express*
- *Exemption(s) clause(s) to the 4th Amendment for transit, inclusive of air - sea - and/or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is/are no such Exception; and,*
- *ALL RIGHTS RESERVED; and,*
- *Further REQUESTOR says not at this time.*

Your request does not ask for an "identifiable public record". Under RCW 42.56.520, an agency may ask for clarification of a request. It is unclear from your request specifically what record or document you are requesting. If you could provide us with a topic/subject of the public record, author, recipient, date printed and/or any other means of identifying the record you are seeking, we may be able to locate responsive documents. Until we receive clarification of this request, we will be unable to act upon it. If we do not hear from you regarding this clarification by May 23, 2022 we will consider your request closed.

Please contact me at [illegible]@atg.wa.gov or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA 98504-0100, if you have any questions. Thank you.

Sincerely,

LA DONA R. [illegible]
Director of Public Records
& Constituent Services

/aj

**The People of The State of Washington, 1878,**
Ex rel.
**Kenneth-Wayne: Leaming,**
**Public MINISTER**
c/o 116 Stewart Street, Cobe 812
Seattle
Washington

REQUESTOR

To:

**alias: Merrick B. Garland (full name unknown), Fiduciary, Office of Attorney General, successors, assigns, and respondent superiors;**
**DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington
District of Columbia
[20530]
*CERTIFIED (Mail) # 9407 1361 0936 1198 9258 33*

And,

**alias: Bob Ferguson (full name unknown), Fiduciary, Office of Attorney General, successors, assigns, and respondent superiors;**
**"State of Washington", WSL1909, ch. 11**
1125 Washington Street SE
Olympia
Washington
[98504]
*CERTIFIED (Mail) # 9407 1361 0986 1198 9732 78*

ADDRESSEE(s)

**VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE PROCEEDING(s)**
**(FOIA, PA, ETC.)**
**PRINCIPAL-AGENT DOCTRINE APPLIES**

Carroll County Superior Court Certified Document   G8M2Q-BTYSU-QR47   Page 40 of 63

Carroll County Superior Court Certified Document   G8M2Q-BTYSU-QR47   Page 41 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 42 of 63

State of Creation }
} ss.
House of Learning }

Comes now Kenneth-Wayne: Leaming, herein REQUESTOR, being subject to penalty for bearing false witness, law of Yehovahe-Elohim (GOD ALMIGHTY) [ER 603], and Affirms REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

***MANDATORY NOTICE ER 201:***

*All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO:* Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, as amended.

**PRELIMINARY MATTER, FOUNDATION, PREMIS FOR REQUEST(s):**

1) REQUESTOR comes in good faith, peace and honor, and for curing any defects along the way; and,

2) REQUESTOR is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America; 1789 – 1791 ("American Union"); and,

3) ADDRESSEE is a corporate subject to the "UNITED STATES FEDERAL GOVERNMENT", a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by

Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107–217, §3(n)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108–178, §4(b)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109–351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

4) REQUESTOR brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

5) MANDATORY NOTICE (ER 201):

Bouvier's Law Dictionary, 1856:

MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character. 2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential

to a public minister.;

and,

**FACTS:**

6) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. §722; Pub. L. 94–559, §2, Oct. 19, 1976, 90 Stat. 2641 ; Pub. L. 96–481, title II, §205(c), Oct. 21, 1980, 94 Stat. 2330 ; Pub. L. 102–166, title I, §§103, 113(a), Nov. 21, 1991, 105 Stat. 1074 , 1079; Pub. L. 103–141, §4(a), Nov. 16, 1993, 107 Stat. 1489 ; Pub. L. 103–322, title IV, §40303, Sept. 13, 1994, 108 Stat. 1942 ; Pub. L. 104–317, title III, §309(b), Oct. 19, 1996, 110 Stat. 3853 ; Pub. L. 106–274, §4(d), Sept. 22, 2000, 114 Stat. 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96–170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104–317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 ; and,

7) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress known as **FREEDOM OF INFORMATION ACT**, Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90–23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93–502, §§1–3, Nov. 21, 1974, 88 Stat. 1561–1564; Pub. L. 94–409, §5(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95–454, title IX, §906(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98–620, title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99–570, title I, §§1802, 1803, Oct. 27, 1986, 100 Stat. 3207–48, 3207–49; Pub. L. 104–231, §§3–11, Oct. 2, 1996, 110 Stat. 3049–3054; Pub. L. 107–306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110–175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8–10(a), 12, Dec. 31, 2007, 121 Stat. 2525–2530; Pub. L. 111–83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114–185, §2, June 30, 2016, 130 Stat. 538; and,

**STANDING**

8) It is a FACT that REQUESTOR has Standing to bring the instant

inquiry for the instant Inquiries due to the FACT that On 04 April, 2022, REQUESTOR, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building, MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

9) REQUESTOR's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms; and,

10) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, REQUESTOR cannot find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

> PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]
>
> "... then the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 43 of 63

Carroll County Superior Court Certified Document PEV15-Q##97-9H3E Page 28 of 66

"... "Express provision" must mean something more than any verbal hook for an argument."

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al. Robert R. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, (Nos. 69, 71.), Argued Dec. 8 and 9, 1965., Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.
Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1980 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ..."

BOUVIER's LAWDICTIONARY, 1856:
EXCEPTION, contracts. ...
2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the

Carroll County Superior Court Certified Document PEV15-Q##97-9H3E Page 29 of 66.

effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and hot of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. <u>Exceptions against common right and general rules are construed as strictly as possible.</u> 1 Barton's Elem. Conv. 68
3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law: expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 44 of 63

Carroll County Superior Court Certified Document PEV15-Q##97-9H3E Page 30 of 66

TO CONSTITUTE, <u>contr.</u> To empower, to authorise. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.

CONSTITUTION, <u>contracts</u>. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

**<u>REQUESTED</u>**
<u>In the Alternative</u>

11) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent – OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

Carroll County Superior Court Certified Document PEV15-Q##97-9H3E Page 31 of 66

12) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

13) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

14) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

15) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

16) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

17) REQUESTOR Requests ADDRESSEE(s) produce the Express

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 45 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 46 of 63

Carroll County Superior Court Certified Document PEY25-Q8MQ7-9N9Z Page 32 of 65

Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

18) ALL RIGHTS RESERVED; and,

19) Further REQUESTOR says not at this time.

Given under my Hand and Seal this day, 13 April 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaming, REQUESTOR, Declarant, Proper Party, Public MINISTER.

Carroll County Superior Court Certified Document PEY25-Q8MQ7-9N9Z Page 33 of 65

The People of The State of Washington, 1878,
Ex rel.
Kenneth-Wayne: Leaming,
Public MINISTER
c/o 116 Stewart Street, Suite 812
Seattle
Washington

REQUESTOR

To:

Merrick B. Garland (full name unknown), Fiduciary, Office of Attorney General, successors, assigns, and respondeat superiors;
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington
District of Columbia
[20530]
CERTIFIED (Mail) # 9407 1361 0936 1378 7202 96

-only-

ADDRESSEE(s)

**NOTICE OF FAULT – OPPORTUNITY TO CURE, re: VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE PROCEEDING(s)**

**PRINCIPAL-AGENT DOCTRINE APPLIES**

Tracking Number: [illegible]

Status

Delivered, PO Box

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 47 of 63

Carroll County Superior Court Certified Document PEY25-Q8MQ7-9N9Z Page 34 of 65

State of Creation }
} ss.
House of Leaming }

Comes now Kenneth-Wayne: Leaming, herein REQUESTOR, being subject to penalty for bearing false witness, law of Yahuwah-Elohim (GOD ALMIGHTY) [ER 603], and Affirms REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

*MANDATORY NOTICE [ER 201]:*

*All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO:* Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.

A) FACT: It has been in excess of THIRTY (30) Days since the initial Presentment of the COMMON-LAW (ADMINISTRATIVE) Pleading in the instant matter, AND Requestor has received NO RESPONSE from ADDRESSEE(s), it APPEARS THAT ADDRESSEE(s) have AGREED and STIPULATED that THERE ARE NO EXCEPTIONS to the "2nd Amendment" to the Constitution for the union of the several united States of America, 1789 – 1791; and,

B) REQUESTOR hereby GRANTS the ADDRESSEE(s) an additional Thirty (30) days to RESPOND, in a good faith effort to provide ADDRESSEE(s) a DUE PROCESS to overcome the APPEARANCE of DEFAULT AGREEMENT in the event the lack of Response occurred as an oversight or mistake; and,

C) MANDATORY NOTICE [ER 201]: The Attorney General of "State of Washington", (WSL 1889, Ch 11, 23 December 1889) has Closed the Common-Law (ADMINISTRATIVE) Record without producing any EVIDENCE of Exception(s) to the "2nd Amendment] and ADMITTING and AGREEING that there are no Exceptions to the "2nd Amendment":

**The Following Reproduction is the Original Common-Law (ADMINISTRATIVE) Pleading Presentment, re: CERTIFIED (Mail) # 9407 1361 0936 1198 9258 33 Delivered 21 April, 2022:**

Kenneth-Wayne: Leaming, REQUESTOR, Declarant Public MINISTER

Carroll County Superior Court Certified Document PEY25-Q8MQ7-9N9Z Page 35 of 65

**PRELIMINARY MATTER, FOUNDATION, PREMISE FOR REQUEST(s):**

1) REQUESTOR comes in good faith, peace and honor, and for curing any defects along the way; and,

2) REQUESTOR is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

3) ADDRESSEE is a corporate subject to the "UNITED STATES FEDERAL GOVERNMENT", a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107-217, §3(b)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108-178, §4(b)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109-351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

4) REQUESTOR brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 1215, Declaration of Independence of 1776, Articles of

Kenneth-Wayne: Leaming, REQUESTOR, Declarant Public MINISTER

Carroll County Superior Court Certified Document [illegible] Page [illegible]

Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

5) MANDATORY NOTICE (ER 201):

Bouvier's Law Dictionary, 1856:

MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandataries, without any particular assignment of rank or character.

2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;

and,

FACTS:

6) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. §722; Pub. L. 94–559, §2, Oct. 19, 1976, 90 Stat. 2641 ; Pub. L. 96–481, title II, §205(c), Oct. 21, 1980, 94 Stat. 2330; Pub. L. 102–166, title I, §§103, 113(a), Nov. 21, 1991, 105 Stat. 1074 , 1079; Pub. L. 103–141, §4(a), Nov. 16, 1993, 107 Stat. 1489 ; Pub. L. 103–322, title IV, §40303, Sept. 13, 1994, 108 Stat. 1942 ; Pub. L. 104–317, title III, §309(b), Oct. 19, 1996, 110 Stat. 3853 ; Pub. L. 106–274, §4(d), Sept. 22, 2000, 114 Stat. 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96–170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104–317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 ; and,

Carroll County Superior Court Certified Document [illegible] Page 37 of [illegible]

7) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress known as FREEDOM OF INFORMATION ACT, Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90–23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93–502, §§1–3, Nov. 21, 1974, 88 Stat. 1561–1564; Pub. L. 94–409, §5(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95–454, title IX, §906(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98–620, title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99–570, title I, §§1802, 1803, Oct. 27, 1986, 100 Stat. 3207–48, 3207–49; Pub. L. 104–231, §§3–11, Oct. 2, 1996, 110 Stat. 3049–3054; Pub. L. 107–306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110–175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8–10(a), 12, Dec. 31, 2007, 121 Stat. 2525–2530; Pub. L. 111–83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114–185, §2, June 30, 2016, 130 Stat. 538; and,

STANDING

8) It is a FACT that REQUESTOR has Standing to bring the instant inquiry for the instant inquiries; due to the FACT that On 04 April, 2022, REQUESTOR; Kenneth – Wayne: Leaning, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building, MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

9) REQUESTOR's Constituents, inclusive of Kenneth – Wayne: Leaning, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms; and,

10) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment; REQUESTOR cannot find any

Carroll County Superior Court Certified Document
G8M2Q-BTYSU-QR47
Page 48 of 63

Carroll County Superior Court Certified Document [illegible] Page 38 of [illegible]

Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02–337, [538 U.S. 1 (2003)]

"... then the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2–5."

"... "Express provision" must mean something more than any verbal hook for an argument."

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.
Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, (Nos. 69, 71.), Argued Dec. 8 and 9, 1965., Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 296, 51 S.Ct., at 402.

Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court

Carroll County Superior Court Certified Document [illegible] Page 39 of [illegible]

case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...'"

BOUVIER's LAWDICTIONARY, 1856:

EXCEPTION, contracts. ...

2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 18; Co. Litt. 47 a; Touchs. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 5 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a

Carroll County Superior Court Certified Document
G8M2Q-BTYSU-QR47
Page 49 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 50 of 63

The State of Washington, 1878
Ex rel:
Kenneth – Wayne: Leaming
Public MINISTER
c/o 116 Stewart Street
Seattle
Washington

**FINAL ADMINISTRATIVE (COMMON-LAW) JUDGMENT**
**The State of Washington, 1878**
**Admitted to Union 22 February, 1889**

**GRANTOR(s):**

Bob Ferguson (full name unknown), fiduciary, Office of Attorney General, successors, assigns, and respondent superior, "State of Washington", WSL 1889, ch 11, and all agencies, instrumentalities, and subdivisions thereof.
1125 Washington Street SE
Olympia
Washington
[98504]

**GRANTEE(s):**

The People of The State of Washington, 1878,
Ex rel.
Kenneth-Wayne: Leaming,
Public MINISTER
c/o 116 Stewart Street, Cabin 812
Seattle
Washington

Land Description:

No Real Estate Involved,

APPLICABLE TO ALL LANDS WITHIN THE GEOGRAPHICAL BOUNDARIES OF The State of Washington, 1878, as Admitted to the Union of American Nation /States on 22 February, 1889.

**PRINCIPAL-AGENT DOCTRINE APPLIES**

(APPLICABLE TO ALL "State of Washington", WSL 1889 Ch 11, Officers, agents, instrumentalities and agencies)

***NOTICE To: All Nations, States, corporations, Agencies, Instrumentalities, (wo)men, Peoples, Courts, Officers, employees, and organizations WORLDWIDE***

*(CERTIFIED (Mail) # 9407 1361 0996 1198 9732 78)*
*Attorney General Case # PER-2022-8698*

**FINAL INTERNATIONAL COMMON LAW JUDGMENT**
BY AGREEMENT OF THE PARTIES CONSISTENT WITH THE COMMON LAW AND AS CODIFIED FOR GRANTEE(S) IN STATE AND NATIONAL ADMINISTRATIVE PROCEDURES ACT(S)

State of Creation )
) ss.
House of Leaming )

Comes now Kenneth-Wayne: Leaming, herein Public MINISTER, being subject to penalty for bearing false witness, law of Yeheveho-Elohim (GOD ALMIGHTY) [ER 603], and Affirms PUBLIC MINISTER is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

**MANDATORY NOTICE (ER 201):**

*All FACTS appearing herein are not Controversial and as such are ADMITTED, AGREED & AFFIRMED through the Doctrine(s) of Nihil Dicit & Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.*

**PRELIMINARY MATTER, FOUNDATION & PREMIS FOR REQUEST(s):**

Preliminary matter appearing in initial Claim incorporated by reference as if fully reproduced here;

and,

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 51 of 63

**FACTS:**

**STANDING**

1) PUBLIC MINISTER is a Constituent to, and Public MINISTER of, **The State of Washington**, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200909130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

2) GRANTOR(S) is /are a corporate subject to the "UNITED STATES FEDERAL GOVERNMENT", a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107–217, §3(b)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108–178, §4(b)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109–351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

3) PUBLIC MINISTER brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

4) ***MANDATORY NOTICE*** (ER 201):
**Bouvier's Law Dictionary**, 1856:
**MINISTER**, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.
2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;

**STANDING:**

5) It is an UNCONTROVERTED FACT that PUBLIC MINISTER has Standing to bring the instant inquiry for the instant Inquisition due to the FACT that On 04 April, 2022, PUBLIC MINISTER, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building. MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER

Carroll County Superior Court Certified Document

was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

6) PUBLIC MINISTER's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms; and,

7) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, PUBLIC MINISTER cannot find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

> PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]
>
> "... then the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."
>
> "... "Express provision" must mean something more than any verbal hook for an argument."

Carroll County Superior Court Certified Document

> BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
> v.
> CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al. Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.
>
> 86 S.Ct. 594, (Nos. 69, 71.), Argued Dec. 8 and 9, 1965., Decided Jan. 31, 1966.
>
> Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.
>
> Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...'

BOUVIER's LAWDICTIONARY, 1856:

> EXCEPTION, contracts. ...
>
> 2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the

Carroll County Superior Court Certified Document

> effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Sheppl. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68
>
> 3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272
>
> EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law: expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97
>
> CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

Carroll County Superior Court Certified Document

> TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."
>
> CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.
>
> CONSTITUTION, contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

8) The Administrative Record, Attorney General of Washington, File Number: PRR-2022-0396, EVIDENCES the Attorney General of Washington can find no EVIDENCE upon which there could be ANY EXCEPTION(s) to /in the Second Amendment to the Constitution for the union of the several united States of America, 1789 – 1791, inclusive of the Subjects of each of the inquiries appearing in the Record; and,

9) PUBLIC MINISTER's standing to bring the instant action is

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 52 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 53 of 63

Carroll County Superior Court Certified Document

established, uncontroverted, in the Claim(s) process; and,

**EVIDENCE NOT PRODUCED**

**CLARIFICATION OF SPECIFIC DOCUMENTS:**

**The identifiable Public Record(s) requested addressed any and all congressional, committee notes, journal entries, or other historic documents establishing any Legislative intent to exclude any Arms or Circumstances to be excepted from the Second Amendment to the Constitution for the union of the several united States of America, On June 8, 1789, TO WIT: Representative James Madison introduced a series of proposed amendments to the newly ratified U.S. Constitution. That summer the House of Representatives debated Madison's proposal, and on August 24 the House passed 17 amendments to be added to the Constitution. These 17 amendments were then sent to the Senate.**

**On September 2, the Senate began considering amendments to the Constitution as proposed and passed in the House. They altered and consolidated the House amendments into 12 articles on September 9, 1789 to make up the document below. On September 25, Congress agreed upon the 12 amendments, and they were sent to the states for approval. Articles three through twelve were ratified and became the Bill of Rights on December 15, 1791.**

Carroll County Superior Court Certified Document

**REQUESTED (and not provided as evidence in controversy to the Premis that a legislative body writing an instrument will EXPRESSLY include any intended exceptions: Grantees have not produced any notes, journal entries, and documented commentary by the Authors of the Bill of Rights, inclusive of any relating to the Second Amendment, located in the National Archives (Washington, district of Columbia, and elsewhere) or otherwise, THE EXACT LANGUAGE OF THE SECOND AMENDMENT READS (as appears in National Archives:**

> **"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."**

10) PUBLIC MINISTER has, himself, been to the National Archives and viewed and /or handled the original journals of the House and Senate, CONGRESS, on the original Parchment, inclusive of the following examples of the types of specific documents being requested IF ANY EXIST which PUBLIC MINISTER has been unable to locate, and upon which GRANTEE(s) rely in each of the circumstances stated in each of the paragraphs in the original request instrument:

/

/

/

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 54 of 63

Carroll County Superior Court Certified Document

matter or thing is expressed, it ceases to be implied by law: expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.

CONSTITUTION, contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

**REQUESTED**

In the Alternative

11) REQUESTOR Requests ADDRESSEE(s) produce the Express

Carroll County Superior Court Certified Document

Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent – OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

12) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

13) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

14) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

15) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 55 of 63

16) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

17) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

18) ALL RIGHTS RESERVED; and,

19) Further REQUESTOR says not at this time.

*The State of Washington*, 1878, ex rel.,

Given under my Hand and Seal this day, 29 May 2022,

Kenneth-Wayne: Leaming, REQUESTOR, Declarant, Proper Party, Public MINISTER.

Attachment(s): Sample of the type of EVIDENCE which would be applicable as EVIDENCE of any EXCEPTION, or Legislative Intent of an Exception:

ATTACHMENT:

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 56 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 57 of 63

Carroll County Superior Court Certified Document [illegible] Page 56 of 66

11) The Article II in Amendment, as Adopted, appears in the above Draft as 'Article the Fifth', and EVIDENCES the Legislative Intent of the writers to be inclusive of the whole BODY OF THE PEOPLE as "the People" whose RIGHTS are Recognized and Protected by Article II in Amendment, GRANTEE(s) have been unable to produce any EVIDENTIARY DOCUMENTS upon which

Carroll County Superior Court Certified Document [illegible] Page 57 of 66

any Party could rely in passing any Law or Regulation upon the Right to Keep and bear Arms, RESPONDENTS Agree and Admit no such EVIDENCE exist(s); and,

SPECIFICALLY GRANTEE(s) ADMIT & AGREE:

12) There are no Exception(s), inclusive of in /under the following conditions:

13) PUBLIC MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent – GRANTOR(S) ADMIT & AGREE there is /are no such Exception; and,

14) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(S) Admit & Agree there is /are no such Exception; and,

15) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(S) Admit & Agree there is /are no such Exception; and,

16) PUBLIC MINISTER Requests GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE GRANTOR(S) Affirms and Admits there is /are no such Exception; and,

17) PUBLIC MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and

Carroll County Superior Court Certified Document [illegible] Page 58 of 63
Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 58 of 63

Carroll County Superior Court Certified Document [illegible] Page 58 of 66

/or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(s) Admit & Agree there is /are no such Exception; and,

18) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(S) Admit & Agree there is /are no such Exception; and,

19) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(S) Agree & Admit there is /are no such Exception; and,

20) ALL RIGHTS RESERVED; and,

21) Further PUBLIC MINISTER says not at this time.

Given under my Hand and Seal this day, 31 May 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaning,
PUBLIC MINISTER, Declarant,
Proper Party, Public MINISTER.

Carroll County Superior Court Certified Document [illegible] Page 59 of 66

[illegible]

**ATTORNEY GENERAL OF WASHINGTON**

[illegible]

May [illegible], 2022

Kenneth Wayne Leaning
[illegible]

RE: [illegible]

Dear M[illegible] Leaning:

[illegible]

1. [illegible]
2. [illegible]

[illegible]

[illegible]

Sincerely,

[illegible]
Director of Public Records
& Constituent Services

Aj

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 59 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 60 of 63

Carroll County Superior Court Certified Document PEV25-QR47 Page 60 of 63

The People of The State of Washington, 1878,
Ex rel.
Kenneth-Wayne: Leaning,
Public MINISTER
c/o 116 Stewart Street, Cube 812
Seattle
Washington

REQUESTOR

To:

<only>

And,

alias: Bob Ferguson (full name unknown), Fiduciary, Office of Attorney General, successors, assigns, and suspended superiors;
"State of Washington", WSL1889, ch 11
1125 Washington Street SE
Olympia
Washington
[98504]
[CERTIFIED Mail # 9407 1361 0936 1198 9732 78]
Attorney General Case #PRR-2022-0398

ADDRESSEE(s)

**REPLY TO RESPONSE LETTER OF April 22, 2022, re: CLARIFICATION OF VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE PROCEEDING(s)**
**(FOIA, PA, ETC.)**
**PRINCIPAL-AGENT DOCTRINE APPLIES**

State of Creation )
) ss.
House of Leaning )

Comes now Kenneth-Wayne: Leaning, herein REQUESTOR, being

Carroll County Superior Court Certified Document PEV25-QR47 Page 61 of 63

subject to penalty for bearing false witness, law of Yehovah-Elohim (GOD ALMIGHTY) [EX 603], and Affirms REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

MANDATORY NOTICE [EX 20:1]:

*All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.*

**PRELIMINARY MATTER, FOUNDATION, PREMISE FOR REQUEST(s):**

Preliminary matter appearing in initial Claim incorporated by reference as if fully reproduced here;

and,

**FACTS:**

1) REQUESTOR incorporates FACTS appearing in initial request by reference as if fully reproduced here; and,

**STANDING**

2) REQUESTOR's standing to bring the instant action is established, uncontroverted, in the initial Claim(s) process; and,

**REQUEST(S)**
In the Alternative

**CLARIFICATION OF SPECIFIC DOCUMENTS:**

**The Identifiable Public Record(s) requested address any, IF SUCH EXIST, congressional, committee notes, journal entries, or other historic documents establishing any Legislative Intent**

Carroll County Superior Court Certified Document PEV25-QR47 Page 62 of 63

**to exclude any Arms or Circumstances to be excepted from the Second Amendment to the Constitution for the union of the several united States of America, On June 8, 1789, TO WIT: Representative James Madison introduced a series of proposed amendments to the newly ratified U.S. Constitution. That summer the House of Representatives debated Madison's proposal, and on August 24 the House passed 17 amendments to be added to the Constitution. These 17 amendments were then sent to the Senate.**

**On September 2, the Senate began considering amendments to the Constitution as proposed and passed in the House. They altered and consolidated the House amendments into 12 articles on September 9, 1789 to make up the document below.**

**On September 25, Congress agreed upon the 12 amendments, and they were sent to the states for approval. Articles three through twelve were ratified and became the Bill of Rights on December 15, 1791.**

**REQUESTED: Any and all notes, journal entries, and documented commentary by the Authors of the Bill of Rights, inclusive of the Second Amendment as located in the National Archives (Washington, district of Columbia, and elsewhere), THE EXACT LANGUAGE OF THE SECOND AMENDMENT READS (as appears in National Archives:**

> **"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."**

3) REQUESTOR has, himself, been to the National Archives and viewed and /or handled the original journals of the House and Senate, CONGRESS, on the original Parchment, inclusive of the following examples of the types of specific documents being requested IF ANY EXIST which REQUESTOR has been unable to locate, and upon which RESPONDENT(s) rely in each of the circumstances stated in each of the paragraphs in the original request instrument:

Carroll County Superior Court Certified Document PEV25-QR47 Page 63 of 63

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 61 of 63

4) If RESPONDENT(s) is /are unable to understand the

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 62 of 63

Documentary EVIDENCE REQUESTED in this Common-Law /Administrative proceeding, RESPONDENT(s) may wish to seek COMPETENT COUNSEL; and,

5) REMINDER: In the event RESPONDENT(s) are unable to produce the EVIDENTIARY DOCUMENTS Requested, RESPONDENTS Agree and Admit no such documents exist; and,

6) ALL RIGHTS RESERVED; and,

7) Further REQUESTOR says not at this time.

Given under my Hand and Seal this day, 2 May 2022.

The State of Washington, 1878, ex rel.,

Kenneth-Wayne; Leeming.
REQUESTOR, Declarant, Proper Party, Public MINISTER.

Carroll County Superior Court Certified Document G8M2Q-BTYSU-QR47 Page 63 of 63