# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH WAYNE LEAMING,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>KRISHNAN SRINIVASAN, *et al.,*<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-0888-JCC |

___　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

　　DATED this 18th day of July 2023.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　 /s/ *Samantha Spraker*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk